IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GARLAND TURBEVILLE and<br>NICHAKORN WILLIAMS TURBEVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDY L. LEMKE and B&K<br>GRADING AND PAVING, LLC,<br><br>Defendants. | *<br>*<br>*<br>*<br>*     CV 123-115<br>*<br>*<br>*<br>*<br>*<br>* |

O R D E R

Before the Court is Defendant B&K Grading and Paving, LLC's notice of voluntary dismissal without prejudice of its counterclaim against Plaintiff Garland Turbeville. (Doc. 63.) The notice was filed prior to Plaintiff Garland Turbeville having served a responsive pleading and before any evidence was introduced at a hearing or trial. Upon due consideration, the Court finds dismissal proper under Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c).

**IT IS THEREFORE ORDERED** that Defendant B&K Grading and Paving, LLC's counterclaim against Plaintiff Garland Turbeville is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of August, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA