IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
GARLAND TURBEVILLE and            *
NICHAKORN WILLIAMS TURBEVILLE,    *
                                  *
                                  *
     Plaintiffs,                  *
                                  *      CV 123-115
                                  *
          v.                      *
                                  *
BRANDY L. LEMKE and B&K           *
GRADING AND PAVING, LLC,          *
                                  *
     Defendants.                  *
                                  *
```

_____

**O R D E R**

_____

Before the Court is the Parties' consent motion to dismiss with prejudice all claims, including counterclaims and cross claims, pending in the above-styled action. (Doc. 68.) Because all parties who have appeared in this case signed the consent motion, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this ___18th___ day of November, 2024.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```